1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10  **WESTERN DIVISION**
11

| | |
|---|---|
| SAUL MARK GERSHKOWITZ, et al., | CASE No.:  2:21-cv-001655-SVW-E |
| Plaintiffs, | [~~PROPOSED~~] ORDER REGARDING STIPULATED PROTECTIVE ORDER |
| vs. | |
| STATE FARM GENERAL INSURANCE COMPANY, et al, | **MAGISTRATE JUDGE CHARLES F. EICK** |
| Defendants. | *(Filed concurrently with Stipulated Protective Order)* |

18
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

MUSICK, PEELER
& GARRETT LLP



1    **[PROPOSED] ORDER**

2    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4    DATED:   September   13 , 2021

5

6                                        /S/ CHARLES F. EICK

7                                        HONORABLE CHARLES F. EICK
                                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28