JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL MARK GERSHKOWITZ, an individual, and ROBERTA ELLEN GERSHKOWITZ, an individual,<br><br>    Plaintiffs,<br><br>        v.<br><br>STATE FARM GENERAL INSURANCE,<br><br>    Defendant. | Case No.: 2:21-cv-01655-SPG-E<br><br>**JUDGMENT** |

After conclusion of a jury trial on January 5, 2023, a jury rendered a verdict in favor of Plaintiffs Saul Mark Gershkowitz and Roberta Ellen Gershkowitz ("Plaintiffs") against the Defendant State Farm General Insurance Company ("Defendant") for breach of contract in the amount of $51,006.54. (ECF No. 95).

**NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment is hereby entered against Defendant and in favor of Plaintiffs in the amount of $51,006.54, plus interest at the rate provided by law from the date of verdict until paid.

2. As the prevailing parties pursuant to *Federal Rules of Civil Procedure,* Rule 54(d), the Plaintiffs shall also recover their costs of suit from Defendant, to be determined by the Court pursuant to a completed Form CV-59 "Application to the Clerk to Tax Costs" to be filed by the Plaintiffs within 14 days of the entry hereof, as required by Local Rule 54-2.1.

**IT IS SO ORDERED.**

DATED: April 13, 2023      By: _____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE